IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

Roberta Agyeman, individually, as surviving child of Sophia Addo,

Joseph Ameyaw, individually, as surviving spouse of Sophia Addo,

BNY Mellon, as the Personal Representative of the Estate of Sophia Addo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sophia Addo,

Filiberta Barragan, individually, as surviving spouse of Antonio J. Alvarez,

BNY Mellon, as the Personal Representative of the Estate of Antonio J. Alvarez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio J. Alvarez,

Ana Soria, individually, as surviving spouse of Luis A. Chimbo,

BNY Mellon, as the Personal Representative of the Estate of Luis A. Chimbo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis A. Chimbo,

Luis Chimbo, individually, as surviving child of Luis A. Chimbo,

Juana Colon, individually, as surviving spouse of Jaime Concepcion,

Juana Colon, as the Personal Representative of the Estate of Jaime Concepcion, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jaime Concepcion,

Mercedes Concepcion, individually, as surviving child of Jaime Concepcion,

Virginia Concepcion De Soto, individually, as surviving child of Jaime Concepcion,

</td><td>

No. _____

**COMPLAINT**

</td></tr>
</table>

Kirsy Concepcion Salazar, individually, as surviving child of Jaime Concepcion,

Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook,

Blanca M. Garcia, individually, as surviving sibling of Helen Cook,

Edson Garcia, individually, as surviving sibling of Helen Cook,

Keidy Garcia, individually, as surviving sibling of Helen Cook,

Teofila Garcia, individually, as surviving parent of Helen Cook,

Delores Akinshara a/k/a Monica Akinshara, individually, as surviving sibling of Titus Davidson,

Denzil Davidson, individually, as surviving sibling of Titus Davidson,

Janet Davidson, individually, as surviving sibling of Titus Davidson,

Merna Davidson, individually, as surviving sibling of Titus Davidson,

Michelle Davidson, individually, as surviving sibling of Titus Davidson,

Noel Davidson, individually, as surviving sibling of Titus Davidson,

Phillip Davidson, individually, as surviving sibling of Titus Davidson,

Rose Davidson, individually, as surviving sibling of Titus Davidson,

Sam Davidson, individually, as surviving sibling of Titus Davidson,

docs-100746381.4

Trevor Davidson, individually, as surviving sibling of Titus Davidson,

William Davidson, individually, as surviving sibling of Titus Davidson,

Carol Davidson-Simpson, individually, as surviving sibling of Titus Davidson,

Evis Jones, individually, as surviving sibling of Titus Davidson,

Amy M. Knight, individually, as surviving sibling of Titus Davidson,

Shirley White, individually, as surviving sibling of Titus Davidson,

Camille Doany, individually, as surviving sibling of Ramzi A. Doany,

Dina Doany-Azzam, as the Personal Representative of the Estate of Ramzi A. Doany, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramzi A. Doany,

Ibrahim Doany, individually, as surviving sibling of Ramzi A. Doany,

Elaine Cunnea, individually, as surviving sibling of Godwin Forde,

Charlene Carmen Forde, individually, as surviving child of Godwin Forde,

Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde,

Dorepha Forde, individually, as surviving parent of Godwin Forde,

Dorna Forde, individually, as surviving sibling of Godwin Forde,

Dorolyne Forde, individually, as surviving sibling of
Godwin Forde,

Raymond Forde, individually, as surviving sibling of
Godwin Forde,

Romel DaCosta Forde, individually, as surviving child of
Godwin Forde,

Godwin Marlon Junior Forde, individually, as surviving
child of Godwin Forde,

Myrna Thomas, individually, as surviving sibling of
Godwin Forde,

Angela Alleyne, as the co-Personal Representative of the
Estate of Godwin Forde, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and family
members of Godwin Forde,

Tatiana R. Gomez, individually, as surviving spouse of
Wilder A. Gomez,

BNY Mellon, as the Personal Representative of the Estate
of Wilder A. Gomez, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and family
members of Wilder A. Gomez,

Adilakshumma Gopu, individually, as surviving parent of
Kiran Kumar Reddy Gopu,

Deepa R. Gopu, as the Personal Representative of the
Estate of Kiran Kumar Reddy Gopu, deceased, and on
behalf of all survivors and all legally entitled beneficiaries
and family members of Kiran Kumar Reddy Gopu,

Venkata Subba Reddy Gopu, individually, as surviving
parent of Kiran Kumar Reddy Gopu,

Jane Gyulavary, as the Personal Representative of the
Estate of Peter Gyulavary, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and family
members of Peter Gyulavary,

Paul Gyulavary, individually, as surviving sibling of Peter
Gyulavary,

Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James,

Jacobo Castro, individually, as surviving child of Gricelda E. James,

Obed Garo, individually, as surviving sibling of Gricelda E. James,

Jairo Castro, individually, as surviving child of Gricelda E. James,

Bakhtiyar Kamardinova a/k/a Bakhtiyar Kamardinov, individually, as surviving sibling of Gavkharoy Kamardinova,

Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova,

Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova,

Mukhamet Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova,

Zahro Kamardinova a/k/a Zakhro Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova,

Zahro Kamardinova a/k/a Zakhro Kamardinova, as the Personal Representative of the Estate of Gavkharoy Kamardinova, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gavkharoy Kamardinova,

Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova,

John Doe 1, as the Personal Representative of the Estate of Dolores Lara, the late parent of Manuel E. Mejia, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he

or she has ceased to serve, and his or her successor has not yet been appointed),

Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia,

Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia,

Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia,

Marco A. Melendez, individually, as surviving child of Antonio Melendez,

Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez,

Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko,

Rokshana Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah,

Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina,

Amanda Castrillon, individually, as surviving spouse of Antonio Montoya,

Amanda Castrillon, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya,

docs-100746381.4

Jorge Montoya, individually, as surviving child of
Antonio Montoya,

Andrea Mowatt, as the Personal Representative of the
Estate of Damion Mowatt, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and family
members of Damion Mowatt,

Deval Mowatt, individually, as surviving sibling of
Damion Mowatt,

Devon Mowatt, individually, as surviving parent of
Damion Mowatt,

Roxanne Nedd, as the Personal Representative of the
Estate of Jerome O. Nedd, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and family
members of Jerome O. Nedd,

Mirna Huerta Aguirre, individually, as surviving spouse
of Leobardo L. Pascual,

Carmen Yosef Lopez, individually, as surviving sibling of
Leobardo L. Pascual,

Cristobal Lopez, individually, as surviving sibling of
Leobardo L. Pascual,

Lizeth Lopez Huerta, individually, as surviving child of
Leobardo L. Pascual,

Mariela Lopez Huerta, individually, as surviving child of
Leobardo L. Pascual,

Ana Luisa Lopez Pascual, individually, as surviving
sibling of Leobardo L. Pascual,

Elena De La Cruz Lopez Pascual, individually, as
surviving sibling of Leobardo L. Pascual,

Flor Lopez Pascual, individually, as surviving sibling of
Leobardo L. Pascual,

Janet Lopez Pascual, individually, as surviving sibling of
Leobardo L. Pascual,

Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual,

Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual,

Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual,

Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual,

Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual,

Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual,

John Doe 2, as the Personal Representative of the Estate of Ana Pascual Ortiz, the late parent of Leobardo L. Pascual, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed),

Keyla Patrocino, individually, as surviving child of Manuel D. Patrocino,

Sandra Patrocino, individually, as surviving spouse of Manuel D. Patrocino,

Sandra Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino,

Marina Z. Perez, individually, as surviving spouse of Alejo Perez,

Marina Z. Perez, as the Personal Representative of the Estate of Alejo Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez,

8

Afkham Salie, individually, as surviving sibling of Rahma Salie,

Haleema Salie, individually, as surviving parent of Rahma Salie,

Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie,

Ysuff Salie, individually, as surviving parent of Rahma Salie,

Edison Salomon, as the Personal Representative of the Estate of Nolbert Salomon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon,

Antoine Salomon, individually, as surviving parent of Nolbert Salomon,

Edison Salomon, individually, as surviving sibling of Nolbert Salomon,

James Salomon, individually, as surviving sibling of Nolbert Salomon,

Clara Sanay, individually, as surviving spouse of Hugo Sanay,

Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay,

Hugo Sanay Jr., individually, as surviving child of Hugo Sanay,

Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan,

Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan,

9

Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte,

Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte,

Jordanis Theodoridis, individually, as surviving sibling of Michael Theodoridis,

Jordanis Theodoridis, as the Personal Representative of the Estate of Michael Theodoridis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis,

Margarita Theodoridis, individually, as surviving parent of Michael Theodoridis,

Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis,

Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson,

John Doe 3, as the Personal Representative of the Estate of Doreen Thompson, the late parent of Vanavah Thompson, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed),

John Doe 4, as the Personal Representative of the Estate of Vanavah Thompson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson,

docs-100746381.4

Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl,

Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl,

Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl,

Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl,

Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl,

Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl,

Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl,

Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl,

BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl,

Katherine Collier, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris,

Hector Mejia, individually, as surviving sibling of Manuel E. Mejia,

Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword,

Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi,

docs-100746381.4

Luz America Piedrahita Ayala, individually, as surviving parent of Wilder A. Gomez,

Jairo Gomez, individually, as surviving sibling of Wilder A. Gomez,

Omar Gomez, individually, as surviving sibling of Wilder A. Gomez,

Walter Gomez, individually, as surviving sibling of Wilder A. Gomez,

Graeme Sword, individually, as surviving sibling of Derek O. Sword,

Irene Sword, individually, as surviving parent of Derek O. Sword,

Graeme Sword as the Personal Representative of the Estate of David Sword, deceased, the late parent of Derek O. Sword,

Reehan Syed a/k/a Syed Reehan, individually, as surviving child of Syed Abdul Fatha,

Banu Khursheed a/k/a Khursheed Banu, individually, as surviving child of Syed Abdul Fatha,

Yaseen Syed a/k/a Syed Yaseen, individually, as surviving child of Syed Abdul Fatha,

Syed Zeeshan a/k/a Zeeshan Syed, individually, as surviving child of Syed Abdul Fatha,

Farhan Syed a/k/a Syed Farhan, individually, as surviving child of Syed Abdul Fatha,

Shweta Khandelwal, as the Personal Representative of the Estate of Rajesh Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal,

Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal,

Nur M. Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all

docs-100746381.4

survivors and all legally entitled beneficiaries and family
members of Nurul Miah,

Manu Dhingra, individually, as injured person,

Lidia Alvarez, as the Personal Representative of the Estate
of Juan Pablo Alvarez Cisneros, deceased, and on behalf
of all survivors and all legally entitled beneficiaries and
family members of Juan Pablo Alvarez Cisneros,

Gillian Gransaull-Joseph, as the Personal Representative
of the Estate of Stephen Joseph, deceased, and on behalf
of all survivors and all legally entitled beneficiaries and
family members of Stephen Joseph,

Jorge Montoya, as the Co-Personal Representative of the
Estate of Antonio Montoya, deceased, and on behalf of all
survivors and all legally entitled beneficiaries and family
members of Antonio Montoya,

Anne Lynn Hayashi, as the Personal Representative of the
Estate of Stuart (Soo-Jin) Lee, deceased, and on behalf of
all survivors and all legally entitled beneficiaries and
family members of Stuart (Soo-Jin) Lee,

Andrew Morris, as the co-Personal Representative of the
Estate of Stephen Philip Morris, deceased, and on behalf
of all survivors and all legally entitled beneficiaries and
family members of Stephen Philip Morris,

Deborah Cremona a/k/a Deborah Forde, as the co-
Personal Representative of the Estate of Godwin Forde,
deceased, and on behalf of all survivors and all legally
entitled beneficiaries and family members of Godwin
Forde,

<em>Plaintiffs,</em>

    vs.

Pamela Jo Bondi as Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530;

The United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530;

Mary Patrice Brown as Special Master of the U.S. Victims
of State Sponsored Terrorism Fund
950 Pennsylvania Ave., NW
Washington, DC 20530,

*Defendants.*

Plaintiffs, by and through undersigned counsel, bring this action against

Defendants for improperly denying them eligibility to participate in the U.S. Victims of State

Sponsored Terrorism ("VSST") Fund. Plaintiffs allege as follows:

## NATURE OF THE ACTION

1.    Plaintiffs are 154 family members who lost a parent, sibling, child, or

spouse in the September 11, 2001 attacks, or were critically injured in the attacks, or are the

personal representatives of someone murdered in the attacks or a post-deceased family member.

They seek what 12,641 other 9/11 victims have sought and already obtained—eligibility to

participate in and receive periodic compensation from the VSST Fund.

2.    Like thousands of 9/11 victims, they have sued those responsible for the

attacks, including the Islamic Republic of Iran ("Iran"), a designated state sponsor of terrorism.

3.    Like thousands of 9/11 victims, they obtained terrorism judgments against

Iran for facilitating the September 11, 2001 attacks.

4.    Like thousands of 9/11 victims, they timely submitted these terrorism

judgments along with all required paperwork to the VSST Fund for periodic compensation.

5.    But unlike 12,641 other 9/11 victims, they were denied eligibility because

the VSST Fund has chosen to interpret its governing statute, the VSST Fund Act, 34 U.S.C. §

20144, contrary to its plain language, to exclude certain members of the 9/11 community from

participating in a Fund that was designed to compensate victims of state sponsored terrorism.

6.    The VSST statute requires eligible "claims" be for: "(A) compensatory damages . . . in a final judgment . . . (i) issued by a United States district court under State or Federal law against a foreign state that was designated as a state sponsor of terrorism at the time the acts . . . occurred . . . and (ii) arising from acts of international terrorism, for which the foreign state was determined not to be immune from the jurisdiction of the courts of the United States under section 1605A, or section 1605(a)(7) (as such section was in effect on January 27, 2008), of title 28." Section 20144(c)(2).

7.    The VSST Fund does not dispute that these 154 claimants obtained judgments for compensatory damages (as required by (A)), or that the judgments were issued by the United States district court under State or Federal law against a state sponsor of terrorism (as required by clause (i)). Rather, the VSST Fund bases its denials solely on clause (ii) ("Clause (ii)"), that the judgments obtained do not "aris[e] from acts of international terrorism, for which the foreign state was determined not to be immune from the jurisdiction of the courts of the United States under section 1605A, or section 1605(a)(7)."

8.    Essentially, the VSST Fund reads Clause (ii) as requiring the specific judgment at issue to have determined that the foreign state was not immune from suit under 28 U.S.C. § 1605A or 1605(a)(7). The VSST Fund then argues that even though thousands of 1605A terrorism judgments have been entered against Iran for its role in the attacks on September 11, 2001, since these 154 claimants obtained 1605*B* terrorism judgments for the same attacks, they are ineligible because their specific judgment did not determine that Iran was not immune under 1605A or 1605(a)(7).

9.    In contrast, Plaintiffs read Clause (ii) as requiring the judgment to arise out of "acts of international terrorism" for which the foreign state has been determined not to be

immune from suit under section 1605A or 1605(a)(7), *i.e.*, exactly what the statute says. This has clearly already occurred here because thousands of eligible claimants have already obtained judgments against Iran for the September 11, 2001 attacks (*i.e.*, for acts of international terrorism) under 1605A or 1605(a)(7).

10.     Put differently, Plaintiffs assert that the phrase in the VSST statute "for which the foreign state was determined not to be immune from the jurisdiction of the courts of the United States under section 1605A, or section 1605(a)(7)" modifies the words immediately before it, "acts of international terrorism," and the VSST Fund believes this phrase modifies the words "in a final judgment" at the beginning of Section 20144(c)(2).

11.     Plaintiffs seek a declaratory judgment under the Declaratory Judgment Act, 28 U.S.C. § 2201, setting forth their rights because of Defendants' violations of the VSST Fund Act and seek a finding pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq*., that Defendants' conduct has been arbitrary, capricious, an abuse of discretion, and not in accordance with law.

## JURISDICTION AND VENUE

12.     This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States. This Court also has jurisdiction pursuant to 28 U.S.C. § 1361 because this is an action seeking to compel federal officers to perform a duty owed to the Plaintiffs.

13.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and (e)(1) because the District of Columbia is a judicial district in which a substantial part of the events or omissions giving rise to the claims occurred and will occur.

docs-100746381.4

## THE PARTIES

### Plaintiffs

14.     Roberta Agyeman, individually, as surviving child of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Roberta Agyeman is a resident of New York. Sophia Addo is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

15.     Joseph Ameyaw, individually, as surviving spouse of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Joseph Ameyaw is a resident of New York. Sophia Addo is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

16.     BNY Mellon, as the Personal Representative of the Estate of Sophia Addo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sophia Addo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. BNY Mellon is headquartered in New York. Sophia Addo is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

17.     Filiberta Barragan, individually, as surviving spouse of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Filiberta Barragan is a resident of New York. Antonio J. Alvarez is one of the decedents murdered as a

17

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

18.      BNY Mellon, as the Personal Representative of the Estate of Antonio J. Alvarez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio J. Alvarez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. BNY Mellon is headquartered in New York. Antonio J. Alvarez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

19.      Ana Soria, individually, as surviving spouse of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Soria is a resident of New York. Luis A. Chimbo is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

20.      BNY Mellon, as the Personal Representative of the Estate of Luis A. Chimbo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. BNY Mellon is headquartered in New York. Luis A. Chimbo is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

21.    Luis Chimbo, individually, as surviving child of Luis A. Chimbo, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luis Chimbo is a resident of New York. Luis A. Chimbo is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

22.    Juana Colon, individually, as surviving spouse of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

23.    Juana Colon, as the Personal Representative of the Estate of Jaime Concepcion, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juana Colon is a resident of New York. Jaime Concepcion is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

24.    Mercedes Concepcion, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Concepcion is a resident of Arizona. Jaime Concepcion is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

25.    Virginia Concepcion De Soto, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Virginia Concepcion De Soto is a resident of New York. Jaime Concepcion is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

26.    Kirsy Concepcion Salazar, individually, as surviving child of Jaime Concepcion, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Kirsy Concepcion Salazar is a resident of New York. Jaime Concepcion is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

27.    Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jermaine Cook is a resident of Maryland. Helen Cook is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

28.    Blanca M. Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Blanca M. Garcia is a resident of New York. Helen Cook is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which

docs-100746381.4

the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

29.    Edson Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edson Garcia is a resident of Florida. Helen Cook is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

30.    Keidy Garcia, individually, as surviving sibling of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keidy Garcia is a resident of Louisiana. Helen Cook is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

31.    Teofila Garcia, individually, as surviving parent of Helen Cook, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Teofila Garcia is a resident of New York. Helen Cook is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

32.    Delores Akinshara a/k/a Monica Akinshara, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delores Akinshara a/k/a Monica Akinshara is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

21

33.     Denzil Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Denzil Davidson is a resident of Jamaica. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

34.     Janet Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Davidson is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

35.     Merna Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Merna Davidson is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

36.     Michelle Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michelle Davidson is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

37.     Noel Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Noel Davidson is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

38.     Phillip Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Phillip Davidson is a resident of Jamaica. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

39.     Rose Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rose Davidson is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

40.     Sam Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sam Davidson is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

41.     Trevor Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Trevor Davidson is a

resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

42.    William Davidson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. William Davidson is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

43.    Carol Davidson-Simpson, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carol Davidson-Simpson is a resident of Jamaica. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

44.    Evis Jones, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Evis Jones is a resident of Jamaica. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

45.    Amy M. Knight, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amy M. Knight is a resident

24

of Jamaica. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

46.    Shirley White, individually, as surviving sibling of Titus Davidson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shirley White is a resident of Ontario. Titus Davidson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

47.    Camille Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Camille Doany is a resident of Jordan. Ramzi A. Doany is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

48.    Dina Doany-Azzam, as the Personal Representative of the Estate of Ramzi A. Doany, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dina Doany-Azzam is a resident of Virginia. Ramzi A. Doany is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

49.    Ibrahim Doany, individually, as surviving sibling of Ramzi A. Doany, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ibrahim Doany is a resident of Jordan. Ramzi A. Doany is one of the decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

50.    Elaine Cunnea, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elaine Cunnea is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

51.    Charlene Carmen Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

52.    Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Charlene Carmen Forde is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

53.    Dorepha Forde, individually, as surviving parent of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorepha Forde is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of

docs-100746381.4

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

54.    Dorna Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorna Forde is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

55.    Dorolyne Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Dorolyne Forde is a resident of North Carolina. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

56.    Raymond Forde, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raymond Forde is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

57.    Romel DaCosta Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Romel DaCosta Forde is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which

the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

58.     Godwin Marlon Junior Forde, individually, as surviving child of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Godwin Marlon Junior Forde is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

59.     Myrna Thomas, individually, as surviving sibling of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Myrna Thomas is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

60.     Angela Alleyne, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Angela Alleyne is a resident of England. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

61.     Tatiana R. Gomez, individually, as surviving spouse of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tatiana R. Gomez is a resident of New York. Wilder A. Gomez is one of the decedents murdered as a result of the

terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

62.     BNY Mellon, as the Personal Representative of the Estate of Wilder A. Gomez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. BNY Mellon is headquartered in New York. Wilder A. Gomez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

63.     Adilakshumma Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Adilakshumma Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

64.     Deepa R. Gopu, as the Personal Representative of the Estate of Kiran Kumar Reddy Gopu, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deepa R. Gopu is a resident of Texas. Kiran Kumar Reddy Gopu is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

65.     Venkata Subba Reddy Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Venkata Subba Reddy Gopu is a resident of India. Kiran Kumar Reddy Gopu is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

66.     Jane Gyulavary, as the Personal Representative of the Estate of Peter Gyulavary, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jane Gyulavary is a resident of Connecticut. Peter Gyulavary is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

67.     Paul Gyulavary, individually, as surviving sibling of Peter Gyulavary, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Paul Gyulavary is a resident of Australia. Peter Gyulavary is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

68.     Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Michael James Beckford is a resident of Honduras. Gricelda E. James is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

69.    Jacobo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacobo Castro is a resident of Massachusetts. Gricelda E. James is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

70.    Obed Garo, individually, as surviving sibling of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Obed Garo is a resident of Honduras. Gricelda E. James is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

71.    Jairo Castro, individually, as surviving child of Gricelda E. James, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Castro is a resident of Pennsylvania. Gricelda E. James is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

72.    Bakhtiyar Kamardinova a/k/a Bakhtiyar Kamardinov, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bakhtiyar Kamardinova a/k/a Bakhtiyar Kamardinov is a resident of Virginia. Gavkharoy Kamardinova is one of the decedents murdered as a result of the terrorist

31

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

73.    Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farida Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

74.    Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Fotima Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

75.    Mukhamet Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mukhamet Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

76.    Zahro Kamardinova a/k/a Zakhro Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of

September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

77.     Zahro Kamardinova a/k/a Zakhro Kamardinova, as the Personal Representative of the Estate of Gavkharoy Kamardinova, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zahro Kamardinova a/k/a Zakhro Kamardinova is a resident of Virginia. Gavkharoy Kamardinova is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

78.     Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Zukhra Koragoz is a resident of Virginia. Gavkharoy Kamardinova is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

79.     John Doe 1 as the Personal Representative of the Estate of Dolores Lara, the late parent of Manuel E. Mejia, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), is a Plaintiff seeking

justice for the tragic events of September 11, 2001. Manuel E. Mejia is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

80.     Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Scarlyn Mejia is a resident of New York. Manuel E. Mejia is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

81.     Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jacqueline Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

82.     Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuel E. Mejia Peguero is a resident of New York. Manuel E. Mejia is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

83.     Marco A. Melendez, individually, as surviving child of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marco A. Melendez is a resident of New York. Antonio Melendez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

84.     Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Bronx Public Administrator is a resident of New York. Antonio Melendez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

85.     Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Aleksandr Melnichenko is a resident of New York. Yelena Melnichenko is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

86.     Rokshana Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11,

2001. Rokshana Miah is a resident of New York. Nurul Miah is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

87.     Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mercedes Hernandez Molina is a resident of New York. Manuel De Jesus Molina is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

88.     Amanda Castrillon, individually, as surviving spouse of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

89.     Amanda Castrillon, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Amanda Castrillon is a resident of Massachusetts. Antonio Montoya is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

90.    Jorge Montoya, individually, as surviving child of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

91.    Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrea Mowatt is a resident of New York. Damion Mowatt is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

92.    Deval Mowatt, individually, as surviving sibling of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deval Mowatt is a resident of New York. Damion Mowatt is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

93.    Devon Mowatt, individually, as surviving parent of Damion Mowatt, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Devon Mowatt is a resident

of New York. Damion Mowatt is one of the decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which

the Islamic Republic of Iran provided material support and assistance in furtherance of the

attacks.

94.     Roxanne Nedd, as the Personal Representative of the Estate of Jerome O.

Nedd, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family

members of Jerome O. Nedd, is a Plaintiff seeking justice for the tragic events of September 11,

2001. Roxanne Nedd is a resident of New York. Jerome O. Nedd is one of the decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support

and assistance in furtherance of the attacks.

95.     Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L.

Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mirna Huerta

Aguirre is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin

Laden, to which the Islamic Republic of Iran provided material support and assistance in

furtherance of the attacks.

96.     Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L.

Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Carmen Yosef

Lopez is a resident of California. Leobardo L. Pascual is one of the decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, to which the Islamic Republic of Iran provided material support and

assistance in furtherance of the attacks.

97.    Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Cristobal Lopez is a resident of California. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

98.    Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lizeth Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

99.    Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mariela Lopez Huerta is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

100.    Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ana Luisa Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

101.    Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Elena De La Cruz Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

102.    Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Flor Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

103.    Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Janet Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

104.    Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manuela Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result

of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

105.    Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria Elvia Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

106.    Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Rafael Lopez Pascual is a resident of California. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

107.    Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Raquel Lopez Pascual is a resident of Mexico. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

108.    Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Diego Lopez

Reyes is a resident of New Jersey. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

109.    Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Juan Lopez Reyes is a resident of New Jersey. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

110.    John Doe 2, as the Personal Representative of the Estate of Ana Pascual Ortiz, the late parent of Leobardo L. Pascual, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Leobardo L. Pascual is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

111.    Keyla Patrocino, individually, as surviving child of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Keyla Patrocino is a resident of Illinois. Manuel D. Patrocino is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden,

to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

112.    Sandra Patrocino, individually, as surviving spouse of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

113.    Sandra Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Sandra Patrocino is a resident of New York. Manuel D. Patrocino is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

114.    Marina Z. Perez, individually, as surviving spouse of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of Dominican Republic. Alejo Perez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

115.    Marina Z. Perez, as the Personal Representative of the Estate of Alejo Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family

members of Alejo Perez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Marina Z. Perez is a resident of Dominican Republic. Alejo Perez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

116.    Afkham Salie, individually, as surviving sibling of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Afkham Salie is a resident of Massachusetts. Rahma Salie is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

117.    Haleema Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

118.    Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Haleema Salie is a resident of Massachusetts. Rahma Salie is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

119.    Ysuff Salie, individually, as surviving parent of Rahma Salie, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Ysuff Salie is a resident of Massachusetts. Rahma Salie is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

120.    Edison Salomon, as Personal Representative of the Estate of Nolbert Salomon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edison Salomon is a resident of Florida. Nolbert Salomon is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

121.    Antoine Salomon, individually, as surviving parent of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Antoine Salomon is a resident of Florida. Nolbert Salomon is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

122.    Edison Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Edison Salomon is a resident of Florida. Nolbert Salomon is one of the decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

123.    James Salomon, individually, as surviving sibling of Nolbert Salomon, is a Plaintiff seeking justice for the tragic events of September 11, 2001. James Salomon is a resident of New York. Nolbert Salomon is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

124.    Clara Sanay, individually, as surviving spouse of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

125.    Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Clara Sanay is a resident of New York. Hugo Sanay is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

126.    Hugo Sanay Jr., individually, as surviving child of Hugo Sanay, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hugo Sanay Jr. is a resident

of New York. Hugo Sanay is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

127.    Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is a resident of Florida. Mohammed Shajahan is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

128.    Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Mansura Shajahan is a resident of Florida. Mohammed Shajahan is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

129.    Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

130.    Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Pallavi Shirolkar is a resident of North Carolina. Harshad S. Thatte is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

131.    Jordanis Theodoridis, individually, as surviving sibling of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

132.    Jordanis Theodoridis, as the Personal Representative of the Estate of Michael Theodoridis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

133.    Margarita Theodoridis, individually, as surviving parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Margarita Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the decedents murdered

as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

134.    Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis is a resident of Switzerland. Michael Theodoridis is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

135.    Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Tsahai S. Santiago is a resident of New York. Vanavah Thompson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

136.    John Doe 3, as the Personal Representative of the Estate of Doreen Thompson, the late parent of Vanavah Thompson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanavah Thompson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

137.    John Doe 4, as the Personal Representative of the Estate of Vanavah Thompson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Vanavah Thompson is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

138.    Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gonzalo Morales is a resident of New York. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

139.    Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Benjamin Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

140.    Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Delfino Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

141.    Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Eusebio Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

142.    Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Glafira Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

143.    Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jose Morales Zempoaltecatl is a resident of New York. Martin Morales Zempoaltecatl is one of

51

the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

144.    Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Julia Morales Zempoaltecatl is a resident of Mexico. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

145.    Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Maria P.M. Zempoaltecatl Cortez is a resident of New York. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

146.    BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl, is a Plaintiff seeking justice for the tragic events of September 11, 2001. BNY Mellon is headquartered in New York. Martin Morales Zempoaltecatl is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

147.    Katherine Collier, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Katherine Collier is a resident of England. Stephen Philip Morris is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

148.    Hector Mejia, individually, as surviving sibling of Manuel E. Mejia, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Hector Mejia is a resident of New York. Manuel E. Mejia is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

149.    Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Josephine Fink is a resident of New York. Derek O. Sword is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

150.    Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Christine Brozon is a resident of New York. Luigi Calvi is one of the decedents murdered as a

result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

151.    Luz America Piedrahita Ayala, individually, as surviving parent of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Luz America Piedrahita Ayala is a resident of New York. Wilder A. Gomez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

152.    Jairo Gomez, individually, as surviving sibling of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jairo Gomez is a resident of New York. Wilder A. Gomez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

153.    Omar Gomez, individually, as surviving sibling of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Omar Gomez is a resident of New York. Wilder A. Gomez is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

154.    Walter Gomez, individually, as surviving sibling of Wilder A. Gomez, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Walter Gomez is a resident of New York. Wilder A. Gomez is one of the decedents murdered as a result of the terrorist

attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

155.    Graeme Sword, individually, as surviving sibling of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graeme Sword is a resident of Scotland. Derek O. Sword is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

156.    Irene Sword, individually, as surviving parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Irene Sword is a resident of Scotland. Derek O. Sword is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

157.    Graeme Sword as the Personal Representative of the Estate of David Sword, deceased, the late parent of Derek O. Sword, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Graeme Sword as the Personal Representative of the Estate of David Sword is a resident of Scotland. Derek O. Sword is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

158.    Reehan Syed a/k/a Syed Reehan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Reehan Syed a/k/a Syed Reehan is a resident of India. Syed Abdul Fatha is one of the decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

159.    Banu Khursheed a/k/a Khursheed Banu, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Banu Khursheed a/k/a Khursheed Banu is a resident of India. Syed Abdul Fatha is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

160.    Yaseen Syed a/k/a Syed Yaseen, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Yaseen Syed a/k/a Syed Yaseen is a resident of India. Syed Abdul Fatha is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

161.    Syed Zeeshan a/k/a Zeeshan Syed, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Syed Zeeshan a/k/a Zeeshan Syed is a resident of India. Syed Abdul Fatha is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

162.    Farhan Syed a/k/a Syed Farhan, individually, as surviving child of Syed Abdul Fatha, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Farhan

Syed a/k/a Syed Farhan is a resident of India. Syed Abdul Fatha is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

163.    Shweta Khandelwal, as the Personal Representative of the Estate of Rajesh Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

164.    Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Shweta Khandelwal is a resident of New Jersey. Rajesh Khandelwal is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

165.    Nur M. Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Nur M. Miah is a resident of New York. Nurul Miah is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

166.    Manu Dhingra, individually, as injured person, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Manu Dhingra is a resident of New York. Manu Dhingra was injured as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

167.    Lidia Alvarez, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Lidia Alvarez is a resident of California. Juan Pablo Alvarez Cisneros is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

168.    Gillian Gransaull-Joseph, as the Personal Representative of the Estate of Stephen Joseph, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Joseph, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Gillian Gransaull-Joseph is a resident of Arizona. Stephen Joseph is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

169.    Jorge Montoya, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries

and family members of Antonio Montoya, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Jorge Montoya is a resident of Massachusetts. Antonio Montoya is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

170.    Anne Lynn Hayashi, as the Personal Representative of the Estate of Stuart (Soo-Jin) Lee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stuart (Soo-Jin) Lee, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Anne Lynn Hayashi is a resident of New York. Stuart (Soo-Jin) Lee is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

171.    Andrew Morris, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Andrew Morris is a resident of England. Stephen Philip Morris is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

172.    Deborah Cremona a/k/a Deborah Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, is a Plaintiff seeking justice for the tragic events of September 11, 2001. Deborah Cremona a/k/a Deborah Forde is a resident of New

York. Godwin Forde is one of the decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, to which the Islamic Republic of Iran provided material support and assistance in furtherance of the attacks.

## Defendants

173.    Defendant Pamela Jo Bondi is the Attorney General of the United States. The Attorney General, acting through an appointed Special Master, is charged with administering the VSST Fund; promulgating all procedural and substantive rules for its administration; and employing and supervising other administrative personnel necessary to perform the duties of the Special Master. *See* 34 U.S.C. § 20144(b).

174.    Defendant United States Department of Justice (the "DOJ") is an agency of the United States government.

175.    Defendant Mary Patrice Brown is the Special Master of the VSST Fund as appointed by the Attorney General under the VSST Act, which requires the Attorney General to appoint the Special Master.

## BACKGROUND

### A.    Plaintiffs Obtain Terrorism Judgments Against Iran

176.    On September 11, 2001, 2,977 individuals were murdered when nineteen (19) terrorists, along with co-conspirators and accessories, perpetrated an attack on the United States.

177.    One of the terrorism exceptions to the Foreign Sovereign Immunities Act, 28 U.S.C. §1605A, grants plaintiffs jurisdiction against a state sponsor of terrorism if "the claimant or the victim was, at the time [of the terrorist attack in question]—(I) a national of the United States; (II) a member of the armed forces; or (III) otherwise an employee of the

Government of the United States, or of an individual performing a contract awarded by the United States Government, acting within the scope of the employee's employment."

178.   Between 2011 and the present, thousands of 9/11 victims who were U.S. citizens have obtained 1605A judgments against Iran for its role in the September 11, 2001 attacks in the multi-district litigation ("MDL") *In re Terrorist Attacks on September 11, 2001*, 03-mdl-1570 (GBD) (SN). *See, e.g.*, ECF Nos. 2623, 3300, 3399, 3666, 4023, 4126, 4146, 4175, 5061, 5062, 5087, 5138, and 5356.[1]

179.   But the terrorists did not distinguish between U.S. citizens and non-citizens when they hijacked the planes and crashed them into the World Trade Center towers, the Pentagon, and a field in Shanksville, Pennsylvania.

180.   Plaintiffs here include immediate family members of 9/11 decedents where the 9/11 decedents were not U.S. citizens and the immediate family members were also not U.S. citizens on September 11, 2001; 9/11 decedent estates where the 9/11 decedent was not a U.S. citizen on September 11, 2001, and a personal injury plaintiff who was not a U.S. citizen on September 11, 2001. Many Plaintiffs are now U.S. citizens and were U.S. permanent residents on September 11, 2001.

181.   On September 28, 2016, Congress enacted the Justice Against Sponsors of Terrorism Act ("JASTA"), 28 U.S.C. § 1605B. JASTA strips immunity for foreign states that cause "an act of international terrorism in the United States."

182.   Unlike 28 U.S.C. § 1605A, JASTA contains no requirement for a plaintiff to be a U.S national at the time of the terrorist attacks in question to assert jurisdiction over a state sponsor of terrorism (or any other foreign sovereign).

---

[1] ECF cites are to the MDL docket unless otherwise noted.

183.    Accordingly, like many other 9/11 victims, Plaintiffs filed multiple lawsuits against Iran and other defendants in the Southern District of New York seeking to hold them accountable for the devasting attacks. *See, e.g.*, *Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD) (SN); *Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD) (SN); *Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD) (SN); *Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD) (SN); *Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD) (SN); *Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD) (SN); *Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD) (SN); *Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD) (SN); *Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD) (SN); *Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD) (SN); *Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD) (SN); *Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12387 (GBD) (SN); *Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN); *August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN); *Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN); *Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD) (SN); *Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD) (SN); *Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN).  These cases were consolidated with other similar lawsuits brought against Iran and other defendants into the MDL.

184.    Plaintiffs duly served Iran, and the Southern District of New York clerk entered Clerks' Certificates of Default against Iran. ECF No. 4807, ECF No. 4817, ECF No.

4818, ECF No. 4806, ECF No. 4814, ECF No. 4819, ECF No. 6934, ECF No. 6933, ECF No.

6937, ECF No. 6972, ECF No. 8443, ECF No. 8928.

185.    On June 16, 2023, June 23, 2023, and September 5, 2023, Plaintiffs moved

for judgment against Iran under 28 U.S.C. § 1605B and state common law for Iran's role in the

September 11, 2001 terrorist attacks.

186.    On March 26, 2024, the District Court adopted in full the magistrate

judge's recommendation and entered a 1605B judgment for Manu Dhingra, a Plaintiff critically

injured in the attacks. ECF No. 9666 (adopting in full ECF No. 9506).

187.    A few months later, the District Court entered additional 1605B judgments

against Iran for its role in the September 11, 2001 attacks for the other 153 Plaintiffs. *See* ECF

Nos. 9931, 10300. Those judgments were in turn duly served on Iran.

188.    The judgments included several acknowledgments of the need to treat

those who have obtained 1605B judgments equitably. For example, Magistrate Judge Netburn

wrote: "As we parse these issues and grant judgments in favor of non-U.S. national plaintiffs,

justice demands that we honor their losses as we do those of U.S. nationals." ECF No. 9506 at 15

(adopted in full by the District Court at ECF No. 9666). In recommending that judgments be

entered, Judge Netburn also noted that these 9/11 victims and current VSST Fund claimants just

"ask[] for the same relief that scores of other injured plaintiffs have received before [them]." *Id.*

at 2.

B.    **The VSST Fund**

189.    On December 18, 2015, Congress enacted the VSST Fund Act, 34 U.S.C.

§ 20144. As widely reported at that time, Congress enacted the statute to compensate victims of

state sponsored terrorism who had historically been unable to enforce their terrorism judgments, including members of the 9/11 community.[2]

190.    The statute accomplished this congressional purpose by creating a fund that would make periodic payments to eligible claimants. The VSST statute requires eligible "claims" be for: "(A) compensatory damages . . . in a final judgment . . . (i) issued by a United States district court under State or Federal law against a foreign state that was designated as a state sponsor of terrorism at the time the acts . . . occurred . . . and (ii) arising from acts of international terrorism, for which the foreign state was determined not to be immune from the jurisdiction of the courts of the United States under section 1605A, or section 1605(a)(7) (as such section was in effect on January 27, 2008), of title 28." Section 20144(c)(2).

191.    To date, the VSST Fund has already made five rounds of payments to eligible claimants. The deadline to file for eligibility for fifth-round payments was July 1, 2024.

192.    Plaintiffs timely submitted claims to the VSST Fund based on their 1605B judgments prior to the July 1, 2024 deadline.

---

[2] Brian J. Tumulty, *House bill would compensate families of 'forgotten' terrorism victims*, USA TODAY, Nov. 11, 2015, https://www.usatoday.com/story/news/politics/2015/11/11/house-bill-would-compensate-families-forgotten-terrorism-victims/75568836/; Carol Morello and Frances Stead Sellers, *Americans held in Iran during 444-day hostage crisis finally get compensation*, The Washington Post, Dec. 24, 2015, https://www.washingtonpost.com/world/national-security/americans-held-in-iran-during-444-day-hostage-crisis-finally-get-compensation/2015/12/24/c1054c2e-aa4b-11e5-bff5-905b92f5f94b_story.html; Brian J. Tumulty, *Catch-all spending bill includes compensation for terrorism victims*, USA TODAY, Dec. 17, 2015, https://www.usatoday.com/story/news/politics/2015/12/17/spending-bill-includes-compensation-terrorism-victims/77492072/; David M. Herszenhorn, *Americans Held Hostage in Iran Win Compensation 36 Years Later*, NY Times, Dec. 24, 2015, https://www.nytimes.com/2015/12/25/us/politics/americans-held-hostage-in-iran-win-compensation-36-years-later.html#:~:text=Spouses%20and%20children%20are%20authorized%20to%20receive%20a%20lump%20payment.

193.    On July 19, 2024, August 26, 2024, and September 23, 2024, the VSST Fund preliminarily denied eligibility to these 154 Plaintiffs to receive fifth-round payments from the VSST Fund, and any subsequent award payments, solely because the Plaintiffs had obtained 1605B judgments and not 1605A or 1605(a)(7) judgments. *See* preliminary denial letter, attached hereto as Exhibit A. All preliminary denial letters were substantively identical.

194.    The VSST Fund stated that Plaintiffs could request a hearing. On August 15, 2024, September 5, 2024, and September 24, 2024, Plaintiffs requested a consolidated hearing and briefing to address the eligibility denials that "negatively and systematically impacted an entire class of VSST Fund claimants." Plaintiffs expressly reserved their rights to seek judicial relief. *See* August 15, 2024, September 5, 2024, and September 24, 2024 Letters to the VSST Fund, attached hereto as Exhibit B.

195.    On September 20, 2024 and October 3, 2024, the VSST Fund granted Plaintiffs' request for a consolidated hearing and briefing. *See* September 20, 2024 and October 3, 2024 Emails from the VSST Fund, attached hereto as Exhibit C. The consolidated hearing took place on Tuesday, October 22, 2024 at 2:00 p.m. ET. A copy of the pre-hearing brief and hearing transcript are attached hereto as Exhibits D and Exhibit E.

196.    As explained in Plaintiffs' briefing before the VSST Fund and at the hearing, the VSST Fund's interpretation of the VSST Fund statute is wrong for several reasons:

(a) First, the VSST Fund's reading renders meaningless the phrase "acts of international terrorism" in Clause (ii). A judgment under 1605A or 1605(a)(7) necessarily arises out of an act of international terrorism, so why include the phrase at all unless it changes the meaning of the statute? Plaintiffs' interpretation

assigns critical meaning to this phrase. The VSST Fund's interpretation renders it surplusage.

(b) Second, the VSST Fund's reading improperly substitutes the phrase "courts of the United States" in Clause (ii) with "court of the United States". A district court entering "a final judgment" would not determine that a state sponsor is subject to jurisdiction in "the courts of the United States," rather the district court would determine that the court (singular), has jurisdiction over the state sponsor. Clause (ii)'s reference to "courts of the United States," therefore appears to modify "acts of international terrorism," since different "courts" could determine that the state sponsor is not immune from suit for those acts.

(c) Third, the VSST Fund's reading of the statute erroneously requires each final judgment to specifically state that it is being entered under 1605A or 1605(a)(7), but that regularly does not occur as judgments typically just indicate whether one party owes money to another party, and the VSST Fund has never included such a requirement in other contexts.

(d) Fourth, the VSST Fund's reading ignores the last antecedent rule. That rule states that a qualifying phrase or word should be interpreted as referring to the word or phrase that comes immediately before it, unless the context or meaning of the sentence *requires* otherwise. Here, the word or phrase immediately before "for which the foreign state was determined not to be immune from the jurisdiction of the courts of the United States under section 1605A, or section 1605(a)(7)" is "acts of international terrorism," not "final judgments."

66

(e) Fifth, the VSST Fund's interpretation runs afoul of congressional intent. Congress created the VSST Fund to compensate terror victims, who historically have been unable to enforce their terrorism judgments. Congress also sought to treat terror victims equitably. Different groups of terror victims of the same attack should not receive grossly different levels of compensation. Here, over 12,641 9/11-related claimants of the VSST Fund have received, or are eligible to receive, tens if not hundreds of thousands of dollars.[3] These 154 Plaintiffs have received nothing. That's not fair.

(f) Finally, the use of the phrase "United States person" in Section 20144(c)(2) buttresses Plaintiffs' proposed reading of the statute because that defined term specifically excludes corporations (rather than non-citizens) and further ties VSST Fund eligibility to a finding of no immunity for the "actions of a foreign state," not necessarily under a specific final judgment.

197.    Underlying the VSST Fund's incorrect interpretation of the statute appears to be a concern that interpreting the statute the way Plaintiffs propose would open Pandora's Box to thousands of new VSST Fund claimants who have no connection to the United States. But claimants with 1605B judgments against state sponsors of terrorism arising from acts of international terrorism, where the state sponsor was *also* previously found not immune from suit for those same attacks under 1605A or 1605(a)(7), are uniquely appropriate for inclusion in the Fund. Because 1605A or 1605(a)(7) judgments have already been entered for U.S. citizens for the terrorist acts, the terrorist attack in question necessarily targeted U.S. citizens. Because

---

[3] The inequity even divides individual families where one 9/11 family member was a U.S. citizen on September 11, 2001 where another family member obtained citizenship after the attacks.

judgments have also been entered for those acts under 1605B, the attack necessarily *occurred on U.S. soil.* And because the judgments were entered against a designated state sponsor of terrorism, the judgment is against one of only four countries, whose designations are controlled by the U.S. State Department.

198.    In short, the pool of qualifying terrorist attacks and impacted potential claimants is extremely small and closely tethered to the United States—it must be an attack *on U.S. soil* by a state sponsor of terrorism that kills U.S. citizens and others.

199.    Notwithstanding these arguments, on December 2, 2024, the VSST Fund issued a Final Decision, denying Fund eligibility to the 154 Plaintiffs but did not meaningfully address the arguments Plaintiffs raised in their pre-hearing submissions or at the hearing. A copy of the Final Decision is attached hereto as Exhibit F.

200.    Due to the VSST Fund's adverse Final Decision, Plaintiffs have been denied the right to receive periodic payments from the Fund for the loss of their loved one and for their devastating injuries.

## **FIRST CAUSE OF ACTION**

### **(Violation of the VSST Fund Act by Denying Eligibility to Plaintiffs)**

201.    Plaintiffs repeat and reallege the foregoing allegations set forth above as if fully set forth herein.

202.    As a result of Defendants' conduct, Plaintiffs have been systematically denied eligibility to the VSST Fund, missing out on tens if not hundreds of thousands of dollars until the Fund sunsets in 2039.

203.    By reason of the foregoing, a ripe and justiciable controversy exists, and Plaintiffs have standing to assert their rights under the VSST Fund Act.

204.     Plaintiffs require and request a declaration, pursuant to 28 U.S.C. § 2201, that Defendants' actions violate the VSST Fund Act.

## SECOND CAUSE OF ACTION

### (Judicial Review of Agency Action Under the APA)

205.     Plaintiffs repeat and reallege the foregoing allegations set forth above as if fully set forth herein.

206.     The APA provides a right of judicial review, including declaratory relief, to any person adversely affected or aggrieved by agency action. 5 U.S.C. §§ 702, 703.

207.     The APA provides for judicial review of all relevant questions of law and interpretations of statutory provisions, including to compel agency action unlawfully withheld or unreasonably delayed, and to hold unlawful and set aside agency action, findings, and conclusions found to be arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, or without observance of procedure required by law. 5 U.S.C. § 706.

208.     Defendants' actions in denying eligibility to these 154 Plaintiffs constitutes an arbitrary, capricious, and unlawful decision in violation of the APA.

209.     There is a justiciable controversy in that Defendants' arbitrary, capricious and unlawful actions deprived and continue to deprive Plaintiffs of award amounts they were and continue to be otherwise entitled to receive from the VSST Fund.

210.     Plaintiffs require and request a declaration that the above-referenced actions of Defendants are arbitrary, capricious, an abuse of discretion, and not in accordance with law.

WHEREFORE, Plaintiffs demand judgment herein against the Defendants as follows:

1.      Declaring that Defendants' decision denying eligibility to Plaintiffs to the VSST Fund is in violation of the VSST Fund Act;

2.      Declaring that Plaintiffs are eligible to participate in the VSST Fund as of the July 1, 2024 fifth-round deadline;

3.      Remanding to the Special Master to determine the appropriate manner of addressing Plaintiffs' claims, consistent with the VSST Fund Act statutory language;

4.      Ordering such other and further preliminary and permanent declaratory and injunctive relief as is necessary to protect and preserve all of Plaintiffs' rights and entitlements;

5.      Granting an award of attorney's fees and costs including but not limited to fees and costs available under the Equal Access to Justice Act, 28 U.S.C. § 2412 and any other applicable statutory or equitable principles; and,

6.      Granting pre- and post-judgment interest on funds to be allocated.

### **JURY DEMAND**

Plaintiffs demand trial by jury of all issues legally triable to a jury.

Dated: February 21, 2025

By: /s/ *Bruce Strong*
      Jerry S. Goldman
      Bruce Strong
      Bar ID: NY0493
      Alexander Greene
      ANDERSON KILL P.C.
      7 Times Square, 15th Floor
      New York, NY 10036
      Telephone: (212) 278-1000
      Facsimile: (212) 278-1733
      Email:  jgoldman@andersonkill.com
            bstrong@andersonkill.com
            agreene@andersonkill.com

      *Attorneys for the Plaintiffs*

docs-100746381.4